**Order entered March 10, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00937-CV

## RETAIL SERVICES WIS CORPORATION D/B/A PRODUCT CONNECTIONS, NATHAN STOUT, AMANDA VILLA, AND KATHERINE PALMER, Appellants

### V.

## CROSSMARK, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Before the Court is appellants' November 20, 2020 renewed motion for emergency temporary relief in which appellants request a stay of the injunction's mandatory device turnover provision as well as any further inspection of appellants' electronic devices also produced pursuant to the provision. On December 1, 2020, the Court granted the stay subject to consideration of appellee's response, if any, to the motion. Having considered appellee's response, along with

all briefing by the parties on the issue presented by the motion, we **CONTINUE**

**THE STAY** pending final disposition of the appeal.

/s/    DAVID J. SCHENCK
        JUSTICE